# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| VORTEX INFRASTRUCTURE HOLDCO, LLC, | § § § § § § § § § § § § | No. 29, 2025 |
| Plaintiff Below, Appellant, | | |
| v. | | Court Below—Court of Chancery of the State of Delaware |
| CASEY KANE, | | C.A. No. 2023-0781 |
| Defendant Below, Appellee. | | |

Submitted: July 16, 2025
Decided: July 23, 2025

Before **SEITZ**, Chief Justice; **TRAYNOR** and **LEGROW**, Justices.

## ORDER

This 23rd day of July 2025, after careful consideration of the parties' briefs and the record below, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its Final Report dated August 21, 2024 and its Order dated December 27, 2024.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice